FILED
11/21/2022 1:47 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cynthia R Willis DEPUTY

1 CIT ESERVE
JURY DEMAND

DC-22-16256

CAUSE NO. _____

| | | |
|---|---|---|
| **JAMES DAVIS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Plaintiff** | § | 134th |
| | § | |
| **vs.** | § | **___ JUDICAL DISTRICT** |
| | § | |
| **WALMART ASSOCIATES, INC.** | § | |
| | § | |
| | § | |
| **Defendant** | § | **DALLAS COUNTY TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW James Davis, Plaintiff, complaining of Walmart Associates, Inc., Defendant, and for cause of action, Plaintiff would show the Court the following:

### I.

### DISCOVERY CONTROL PLAN

1.1    Plaintiff intends to conduct discovery under Level 3.

### II.

### CLAIMS FOR RELIEF

2.1    Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00.

### III.

### PARTIES

3.1    Plaintiff James Davis is an individual and resident of DeSoto, Dallas County, Texas. The last four digits of his social security number are 3859.

**APPENDIX 4**

3.2     Defendant Walmart Associates, Inc., is a corporation duly authorized to do business in the State of Texas. Defendant may be served with process though its registered agent, C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## IV.

## VENUE

4.1     Venue is proper in Dallas County, Texas because this is where the incident at issue occurred.

## V.

## FACTS

5.1     Plaintiff was employed by Defendant as a truck driver from June 1, 2021 to October 8, 2021. While working for Defendant, Plaintiff developed soreness in his shoulder from his physical job duties. Plaintiff's doctor advised him to take a CBD, THC-Free gummy. Plaintiff took his doctor's advice and took a CBD, THC-Free gummy, while off work.

5.2     On the following Monday, Plaintiff was given a random drug test. Plaintiff's test was positive for THC. This was a false positive.

5.3     Plaintiff was informed by his supervisor that he could take a Risk Prevention Online class that would allow him to return to duty. Plaintiff paid for the class with his own money and completed the class. Plaintiff passed a drug test at the end of the class and received an email returning him to duty.

5.4     On October 8, 2021, when Plaintiff was supposed to return to duty, he was informed that he was being terminated. Defendant routinely allowed drivers under the age of 40 to return to duty after completing the Risk Prevention Online class. Plaintiff is over 40 and he was terminated.

Defendant also refused to remove the failed test from the FMCSA Drug & Alcohol Clearing House preventing Plaintiff from obtaining other jobs as a truck driver.

5.5    Plaintiff's termination was pretextual. Plaintiff was terminated due to his age.

## VI.

## CAUSES OF ACTION

### A.    Discrimination under TCHRA

6.1    Plaintiff re-alleges and incorporates by reference all allegations in all preceding paragraphs.

6.2    As described above, Plaintiff was terminated because of his age.

6.3    Defendant violated TCHRA.

6.4    Defendant's violation of TCHRA has directly and approximately caused damage to Plaintiff, for which he hereby sues Defendant.

## VII.

## DAMAGES

7.1    Plaintiff has suffered damages, including but not limited to back pay, front pay, past and future mental anguish, and attorney's fees.  Plaintiff is also entitled to punitive damages.

7.2    By reason of the above and foregoing, Plaintiff has been damaged in a sum in excess of minimum jurisdictional limits of this Court.

## VIII.

## ATTORNEY'S FEES

8.1    Plaintiff has been required to engage the services of the undersigned attorney and has agreed to pay the undersigned attorney a reasonable fee for his legal services.  Plaintiff is

entitled to recover attorney's fees against Defendant through the trial phase of this action, and, if necessary, through the appellate process.

## IX.

## CONDITIONS PRECEDENT

9.1     All conditions precedent to the bringing of the present litigation, such as the filing of a charge and a notice of right to sue letter being obtained, have occurred or have been performed. Attached as Exhibit A is the Notice of Complainant's Right to File Civil Action obtained from the Texas Workforce Commission.

## X.

## COURSE AND SCOPE

10.1    The actions of Defendant described within this Petition were committed by its employees and agents who in turn were acting in the course and scope of its employment.

## XI.

## JURY DEMAND

11.1    In accordance with Rule 216 of the Texas Rules of Civil Procedure, Plaintiff requests a jury trial and that this case be set on the Court's jury docket. In support of this Petition, Plaintiff would show that the appropriate jury fee is being paid to the clerk of the Court with the filing of this Petition.

## XII.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Defendant be cited to appear and answer and that on final trial Plaintiff has:

a.    Judgment against Defendant for damages in an amount in excess of the minimum jurisdictional limits of the Court;

b.    Prejudgment and post-judgment interest as provided by law;

c.    Costs of suit; and

d.    Such other and further relief to which Plaintiff may be entitled in law or in equity.

Respectfully submitted,

WALTERS LAW OFFICE, PLLC

*/s/ Jonathan J.  Walters*
Jonathan J. "Jack" Walters
State Bar No. 24096307

3113 S. University Drive, #400
Fort Worth, Texas 76109
682-747-6800
682-747-6899 facsimile
jack@walterslawofficepllc.com

ATTORNEY FOR PLAINTIFF

DocuSign Envelope ID: FA112464-3B0E-4D42-9574-6A533A507CE9

**James Davis**
**c/o Jonathan Walters**
**Walters Law Office, PLLC**
**3113 S University Drive #400**
**Fort Worth, TX 76109**

# NOTICE OF DISMISSAL AND RIGHT TO FILE CIVIL ACTION

### James Davis v. Walmart Store 3432

| TWCCRD Charge No. | EEOC Charge No. | TWCCRD Representative: |
|---|---|---|
| 1A22447 | 31C-2022-00443 | Alex E. Stewart |

The Civil Rights Division has dismissed this Charge and is closing its file for the following reason:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD.

[ ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Labor Code, Chapter 21.

[ ]   The Respondent employs less than the required number of employees or not otherwise covered by the statutes.

[ ]   We cannot investigate your charge because it was not filed within the time limits required by law.

[ ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ]   While reasonable efforts were made to locate you, we were not able to do so.

[ ]   You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief.

[ ]   The TWCCRD issues the following determination:  Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

**[X]   Other: Notice of Right to File Civil Action requested by Complainant's legal representative.**

101 E. 15th Street, Room: Guadalupe CRD • Austin, Texas 78778-0001• Austin, Texas 78701 • (512) 463-2642 (T) • (512) 482-8465 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.texasworkforce.org
Equal Opportunity Employer / Program

APPENDIX 9
Exhibit 1

**James Davis v. Walmart Store 3432**
**TWCCRD Charge No: 1A22447**
**EEOC Charge No: 31C-2022-00443**

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

## EEOC REVIEW NOTICE:

As your charge was dual filed under Title VII of the Civil Rights Act/Age Discrimination in Employment Act/Americans with Disabilities Act, which are enforced by the U.S. Equal Employment Opportunity Commission (EEOC), you have the right to request an EEOC review of this final decision on your case. **To secure a review, you must request it in writing within fifteen (15) days from the date of the notice.** Send your request to: San Antonio EEOC, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

On behalf of the Division

*Lynda Pringle for Bryan Snoddy*
_____          9/27/2022
Bryan Snoddy                              _____
Division Director                         Date


cc:

Rachel Tirhi
LITTLER MENDELSON, P.C.
2301 McGee Street, 8th Floor
Kansas City, MO 64108

APPENDIX 10

**DocuSign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: FA1124643B0E4D4295746A533A507CE9 | | Status: Sent |
| Subject: 2022-09-27 Davis NRTFCA 31C-2022-00443.pdf | | |
| docSeqId: | | |
| docType: | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Lynda Pringle |
| AutoNav: Enabled | | 101 E. 15th Street, Room 0154-B |
| EnvelopeId Stamping: Enabled | | Austin, TX  78778 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | lynda.pringle@twc.texas.gov |
| | | IP Address: 204.65.0.21 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Lynda Pringle | Location: DocuSign |
| 9/27/2022 7:41:17 PM | lynda.pringle@twc.texas.gov | |
| Security Appliance Status: Connected | Pool: StateLocal | |
| Storage Appliance Status: Connected | Pool: Texas Workforce Commission- Production Account | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lynda Pringle for Bryan Snoddy | *Lynda Pringle for Bryan Snoddy* | Sent: 9/27/2022 7:43:28 PM |
| lynda.pringle@twc.texas.gov | | Viewed: 9/27/2022 7:43:40 PM |
| Investigator | | Signed: 9/27/2022 7:43:48 PM |
| Texas Workforce Commission | Signature Adoption: Pre-selected Style | |
| Security Level: Email, Account Authentication (None) | Using IP Address: 204.65.0.21 | |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|
| Jack Walters | **VIEWED** | Sent: 9/27/2022 7:43:51 PM |
| jack@walterslawofficepllc.com | | Viewed: 9/28/2022 9:11:51 AM |
| Security Level: Email, Account Authentication (None) | Using IP Address: 68.113.194.134 | |

**Electronic Record and Signature Disclosure:**
    Accepted: 9/28/2022 9:11:51 AM
    ID: b8f91f69-10b3-4c57-8336-c1610cacef92

| | | |
|---|---|---|
| Rachel Tirhi | | Sent: 9/28/2022 9:11:51 AM |
| rtirhi@littler.com | | |
| Security Level: Email, Account Authentication (None) | | |

**Electronic Record and Signature Disclosure:**
    Accepted: 8/22/2022 8:03:38 AM
    ID: ee3e97df-6a19-4ee9-a16c-903ad02a5e48

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Venessa Hernandez<br>venessa.hernandez@twc.state.tx.us<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 9/27/2022 7:43:50 PM |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/27/2022 7:43:29 PM |
| Signing Complete | Security Checked | 9/27/2022 7:43:48 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure | | |

APPENDIX 12

Electronic Record and Signature Disclosure created on: 9/8/2021 1:50:55 PM
Parties agreed to: Jack Walters, Rachel Tirbi

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Carahsoft obo Texas Workforce Commission (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

APPENDIX 13

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Carahsoft obo Texas Workforce Commission:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: heather.hall@twc.state.tx.us

**To advise Carahsoft obo Texas Workforce Commission of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at  and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Carahsoft obo Texas Workforce Commission**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to  and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Carahsoft obo Texas Workforce Commission**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to heather.hall@twc.state.tx.us and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Carahsoft obo Texas Workforce Commission as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Carahsoft obo Texas Workforce Commission during the course of your relationship with Carahsoft obo Texas Workforce Commission.